No. 93–9694. SPENCE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–9695. BROWN ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–9696. MARTINEZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–9697. BRANCH *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–9700. MOUNEU *v.* DUNCAN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 93–9701. MORRIS *v.* JONES, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 93–9702. PIERRO *v.* CITY OF BAKERSFIELD ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–9703. HUMPHREY *v.* BRIGANO, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 93–9704. SMITH *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 93–9705. MCDOWELL *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–9706. ROSAS *v.* MAYWOOD, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 93–9707. CAIN *v.* VICKERS ET AL. Ct. App. Mo., Southern Dist. Certiorari denied.

No. 93–9708. BOWE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–9709. GIBBS *v.* HASKELL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 93–9710. BARNES *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 93–9711. CRUCE *v.* UNITED STATES; and
No. 93–9712. BURGER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.